# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 183 |
| | : | |
| DESIGNATION OF VICE-CHAIR OF THE | : | DISCIPLINARY RULES |
| PENNSYLVANIA INTEREST ON | : | |
| LAWYERS TRUST ACCOUNT BOARD | : | DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of August, 2019, Stella L. Smetanka, Esquire, Allegheny County, is hereby designated as Vice-Chair of the Pennsylvania Interest on Lawyers Trust Account Board, commencing November 1, 2019.